AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | **CRIMINAL COMPLAINT** |
| Marisa Gonzalez | PRINCIPAL | Case Number: |
| YOB: 1990 | | |
| United States Citizen | | M-16-958-M |

United States District Court
Southern District of Texas
FILED
MAY 17 2016
Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 15, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Maria Soledad Funes and Erick Edenilson Mendez-Alvarado, both citizens and nationals of El Salvador, along with six (6) other undocumented aliens, for a total of eight (8), who had entered the United States in violation of law, did knowingly and intentionally conspire and agree together with other persons known and unknown to transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Mission, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I), 1324 (a)(1)(A)(ii)**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On May 15, 2016, McAllen Border Patrol Agents (BPA) responded to sensor activation near Mission, Texas. Agents responded to the area and discovered foot sign leading away from the Rio Grande River towards La Lomita Park. Assisting Agents made their way to the park and set up surveillance. Meanwhile, Agents followed the foot sign until reaching the park. Upon reaching the park, Agents noticed two females sitting at a picnic table near two parked vehicles, no other persons or vehicles were present. The Agents providing surveillance had not observed any vehicles depart the park for approximately thirty minutes after they arrived.

Agents searched the park for illegal immigrants. Agents attempted to look through the rear windows of the only two vehicles but the window tint was too dark to see through.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

Approved by

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**Eric Sturgeon          Senior Patrol Agent**
Printed Name of Complainant

**May 17, 2016**                                at    **McAllen, Texas**
Date                                                         City and State

**Dorina Ramos**           , **U. S. Magistrate Judge**
Name and Title of Judicial Officer                Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- 958 -M

**RE:** Marisa Gonzalez

**CONTINUATION:**

Agents approached both females and identified them as Marisa Gonzalez and          . Gonzalez told Agents she was the driver of the white Malibu and          told Agents she was the driver of the silver Mazda. Both Gonzalez and          gave Agents consent to search their vehicles.

Agents discovered four subjects in the white Malibu and four subjects in the silver Mazda. Agents conducted and immigration check on the eight Subjects and all were determined to be illegally present in the United States. The illegal Immigrants were placed under arrest and read their Miranda Rights.

Marissa Gonzalez and          were determined to be United States Citizens. Both were placed under arrest and read their Miranda Rights.

All the subjects were transported to the McAllen Border Patrol Station for processing.

At the Border Patrol Station,          was determined to be a minor and released to her mother. Immigration Checks for Marisa Gonzalez revealed a 2 on 5 Administrative Alien Smuggling Case from Corpus Christi on February 19, 2016.

**Principal Statement**

Marisa Gonzalez was read her Miranda Rights. She understood her rights and provided a sworn statement without the presence of an attorney.

Gonzalez stated that her boyfriend hired her to find a driver that would transport five illegal aliens. She was to receive $140 USD per person when she turned in the people. Gonzalez offered $400 USD to          , a juvenile, to transport the illegal Immigrants. Gonzalez admitted to being a lookout and if anything went wrong she would notify Munoz's parents.

**Material Witnesses**

Maria Soledad-Funes and Erick Edenilson Mendez-Alvarado were both read their Miranda Rights. Both understood their rights and provided a sworn statement without the presence of an attorney.

Soledad, a citizen of El Salvador, stated that her family made the smuggling arrangements. She illegally crossed the Rio Grande River with several other illegal Immigrants. They were instructed to walk towards a church and a Mazda and Malibu would be waiting for them at the church. She boarded the white Malibu, and while waiting in the vehicle, she observed a woman roll up the window of the silver Mazda and then walk towards a second female. Soledad identified the second female as Marisa Gonzalez through a photo lineup.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-958-M

**RE:** Marisa Gonzalez

**CONTINUATION:**

Mendez, a citizen of El Salvador, stated he paid $8000 USD to illegally enter the United States. He was going to Los Angeles, California. After crossing illegally into the United States, Mendez was told two cars would be waiting. He was told the vehicles would be white and silver in color. After boarding the silver Mazda, someone came in rolled up the windows and then walked away.